AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Connecticut

| | |
|---|---|
| United States of America<br>v.<br>David Crespo<br>(DOB ▮/1954)<br><br>_Defendant(s)_ | )<br>)<br>)  Case No.<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __July 2005 to February 2011__ in the county of __New Haven__ in the
_____ District of __Connecticut__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 18, United States Code, Section 1341 | Mail Fraud |
| Title 18, United States Code, Section 1343 | Wire Fraud |

This criminal complaint is based on these facts:

See Attached Affidavit of Special Agent Kurt Siuzdak, FBI

☑ Continued on the attached sheet.

_Complainant's signature_

Kurt Siuzdak, Special Agent, FBI
_Printed name and title_

Sworn to before me and signed in my presence.

Date: __04/02/2012__

/s. Joan G. Margolis, U.S.M.J.
_Judge's signature_

City and state: __New Haven, Connecticut__

U.S. Magitrate Judge
_Printed name and title_